**R**EMPFER **M**OTT **L**UNDY**, PLLC**
JOSEPH N. MOTT
Nevada Bar No. 12455
SCOTT E. LUNDY
Nevada Bar No. 14235
10091 Park Run Dr., Ste. #200
Las Vegas, NV 89145-8868
T: (702) 825-5303
F: (702) 825-4413
Joey@rmllegal.com
Scott@rmllegal.com

With

**L**AW **O**FFICES OF **S**TEVEN **J. P**ARSONS
STEVEN J. PARSONS
Nevada Bar No. 363
10091 Park Run Dr., Ste. #200
Las Vegas, NV 89145-8868
T: (702) 384-9900
F: (702) 384-5900
Steve@sjplawyer.com

Attorneys for Plaintiff
**ERIN WETZEL**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **ERIN WETZEL**, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>**MEDICWEST AMBULANCE, INC.,** a Nevada corporation; and **ENVISION HEALTHCARE CORPORATION,** a Delaware corporation,<br><br>**Defendants**. | Case No. 2:16-cv-2271-RFB-(PAL)<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT**<br><br>**(FIRST REQUEST)** |



The parties, by their undersigned counsel of record, hereby stipulate that deadline for filing Plaintiff's Opposition to Defendants Motion for Summary Judgement (ECF No. 33), currently due on Friday, June 1, 2018, shall be extended up to and including June 22, 2018. This is the parties first request to extend this deadline.

Plaintiff's counsel requested this extension as a courtesy in light of the recent passing of attorney Andrew L. Rempfer, who was lead counsel on this matter from the time of filing, and whose passing has created caseload issues for Plaintiff's counsel. Plaintiff's counsel also requested this extension in light of their filing of objections to Magistrate Judge Leen's Order regarding certain depositions that Plaintiff feels are necessary to allow Plaintiff to fully prove her case. Based on the foregoing, this stipulation is for good cause and is not for purposes of delay.

Dated: Thursday, May 31, 2018.

REMPFER MOTT LUNDY, PLLC

/s/ Joseph N. Mott
Joseph N. Mott
Nevada Bar No. 12455
Attorneys for Plaintiff
**Erin Wetzel**

PAYNE & FEARS, LLP

/s/ Matthew L. Durham
Matthew L. Durham
Nevada Bar No. 12060
Attorney for Defendants
**Medicwest Ambulance, Inc.** and **Envision Healthcare Corporation**

### ORDER

**IT IS SO ORDERED.**

Dated: 1st day of June, 2018.

_____
RICHARD F. BOULWARE, II
United States District Court



Rempfer Mott Lundy, PLLC
10091 Park Run Dr., Ste. #200
Las Vegas, NV 89145-8868
(702) 825-5303; fax (702) 8254413
Info@rmllegal.com