Matthew L. Durham
Nevada Bar No. 10342
mld@paynefears.com
Chad D. Olsen
Nevada Bar No. 12060
cdo@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Daniel F. Fears (*admitted pro hac vice*)
dff@paynefears.com
PAYNE & FEARS LLP
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendants
MedicWest Ambulance, Inc. and
Envision Healthcare Corporation

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERIN WETZEL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MEDICWEST AMBULANCE, INC., a Nevada corporation; and ENVISION HEALTHCARE CORPORATION, a Delaware Corporation,<br><br>Defendants. | Case No. 2:16-cv-02271-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (ECF NO. 33)**<br><br>**(FIRST REQUEST)** |

Plaintiff Erin Wetzel ("Plaintiff") and Defendants MedicWest Ambulance, Inc. and Envision Healthcare Corporation ("Defendants"), by and through their respective counsel of record, hereby stipulate and agree that Defendants shall have a one-week extension, until **July 13, 2018**, to file a reply in support of their motion for summary judgment (ECF No. 33). This brief extension is necessary because of the intervening Independence Day holiday and preplanned

vacations of counsel.

This is the first request for an extension of the deadline for filing a reply in support of Defendants' motion for summary judgment.

| Dated: July 2, 2018 | Dated: July 2, 2018 |
|---|---|
| REMPFER MOTT LUNDY | PAYNE & FEARS LLP |
| By: *Scott E. Lundy* | By: */s/ Matthew L. Durham* |
| Joseph N. Mott, NV Bar. No. 12455<br>Scott E. Lundy, NV Bar No. 14235<br>10091 Park Run Dr., Suite 200<br>Las Vegas, NV 89145<br>Telephone: (702) 825-5303 | Matthew L. Durham, NV Bar. No. 10342<br>6385 S. Rainbow Blvd., Suite 220<br>Las Vegas, NV 89118<br>Telephone: (702) 851-0300 |
| Attorneys for Plaintiff<br>ERIN WETZEL | Attorneys for Defendants<br>MEDICWEST AMBULANCE, INC. and<br>ENVISION HEALTHCARE CORPORATION |

**ORDER**

IT IS SO ORDERED.

DATED: July 5, 2018.

RICHARD F. BOULWARE, II
United States District Court

4811-7930-8140.1

-2-